Angelo J. Calfo, WSBA #27079
Andrea D. Ostrovsky, WSBA #37749
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Facsimile: (206) 623-8717
Email: angeloc@calfoharrigan.com
Email: andreao@calfoharrigan.com

Chester D. Gilmore, AK ID #0405015
CASHION GILMORE LLC
421 W. 1st Ave., Suite 247
Anchorage, AK 99501
Telephone: (907) 222-7934
Facsimile: (907) 222-7938
Email: chester@cashiongilmore.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIKIKTAGRUK INUPIAT CORPORATION ("KIC") and KIC DEVELOPMENT ("KICD"),<br><br>        Plaintiffs,<br><br>    v.<br><br>WALTON INVESCO, INC., ERNEST C. TREFZ, as Executor of the Estate of Walter Baum; ANTHONY ACRI; and CHRISTINE HAYES,<br><br>        Defendants. | Case No. 3:13-cv-00084-TMB<br><br>NOTICE OF FILING CHAMBERS COPY |

| |
|---|
| WALTON INVESCO, INC.,<br><br>      Defendant/Counterclaim<br>                Plaintiff,<br><br>v.<br><br>KIKIKTAGRUK INUPIAT<br>CORPORATION ("KIC") and KIC<br>DEVELOPMENT ("KICD"),<br><br>      Plaintiffs/Counterclaim<br>               Defendants. |

Plaintiffs Kikitagruk Inupiat Corporation ("KIC") and KIC Development ("KICD") hereby notifies the Court of its filing of the attached Chambers Copy of docket numbers 63 and 64 in the above captioned case, pursuant to D.Ak.LR 10.1(b).

DATED this 21[th] day of November 2013, at Anchorage, Alaska.

                                        CASHION GILMORE LLC
                                        Attorneys for Defendant

                                        s/ Chester D. Gilmore
                                        421 W. 1st Ave., Suite 247
                                        Anchorage, AK  99501
                                        Phone:  (907) 222-7934
                                        Fax:  (907) 222-7938
                                        Direct email:
                                        chester@cashiongilmore.com
                                        Alaska Bar No. 0405015

Certificate of Service

I hereby certify that on November 21, 2013, a copy of the foregoing document was served electronically on:

- William M. Bankston
-
- Christopher M. Brecht
-
- Roger F. Holmes
-
- Christopher J. Slotte
-
- Paul D. Stockler

s/ Chester D. Gilmore