IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIKIKTAGRUK INUPIAT CORPORATION ("KIC") and KIC DEVELOPMENT ("KICD"),<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WALTON INVESCO, INC., ERNEST C. TREFZ, as Executor of the Estate of Walter Baum; ANTHONY ACRI; and CHRISTINE HAYES,<br><br>　　　　　Defendants. | **STIPULATION OF ALL PARTIES FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)** |
| WALTON INVESCO, INC.,<br><br>　　　　　Defendant/Counterclaim Plaintiff,<br><br>　v.<br><br>KIKIKTAGRUK INUPIAT CORPORATION ("KIC") and KIC DEVELOPMENT ("KICD"),<br><br>　　　　　Plaintiffs/Counterclaim Defendants. | Case No. 3:13-cv-00084-TMB |

**STIPULATION**

1.　　On February 20, 2014, this Court stayed this action pending arbitration. Dkt. No. 99.

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)　　Page 1
*Kikiktagruk Inupiat Corporation, et al. v. Walton Invesco, et al.*; Case No. 3:13-cv-00084-TMB

Case 3:13-cv-00084-TMB   Document 100   Filed 11/06/14   Page 1 of 5

2. The parties subsequently entered into good faith negotiations and reached an agreement to settle (the "Settlement Agreement"). The Settlement Agreement resolves all claims and counterclaims in this action.

3. Pursuant to the Settlement Agreement, the parties have withdrawn from arbitration and terminated all arbitration proceedings.

4. All parties agree that this action should be dismissed with prejudice without fees or costs awarded to any party.

**IT IS SO STIPULATED.**

CALFO HARRIGAN LEYH & EAKES LLP

By_____s/ Angelo J. Calfo_____
　　　Angelo J. Calfo, WSBA #27079
　　　Andrea D. Ostrovsky, WSBA #37749
　　　Leslie C. Clark, WSBA #36164
　　　999 Third Avenue, Suite 4400
　　　Seattle, WA 98104
　　　Tel: (206) 623-1700
　　　Fax: (206) 623-8717
　　　Email: angeloc@calfoharrigan.com

CASHION GILMORE LLC

By_____s/ Chester D. Gilmore_____
　　　Chester D. Gilmore, AK ID #0405015
　　　421 W. 1st Ave., Suite 247
　　　Anchorage, AK 99501
　　　Tel: (907) 222-7934
　　　Fax: (907) 222-7938
　　　Email: chester@cashiongilmore.com

*Attorneys for KIC and KICD*

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)　　Page 2
*Kikiktagruk Inupiat Corporation, et al. v. Walton Invesco, et al.*; Case No. 3:13-cv-00084-TMB

Case 3:13-cv-00084-TMB   Document 100   Filed 11/06/14   Page 2 of 5

ATKINSON, CONWAY & GAGNON

By      s/ Christopher J. Slottee
    Christopher J. Slottee, ABA #0211055
    420 L Street, Suite 500
    Anchorage, AK 99501
    Tel: (907) 276-1700
    Fax: (907) 272-2082
    E-mail: cjs@acglaw.com

*Attorneys for Walton Invesco, Inc.*


BANKSTON GRONNING O'HARA, P.C.

By      s/ William M. Bankston
    William M. Bankston, ABA # 7111024
    Christopher M. Brecht, ABA # 0611089

    601 W. 5th Avenue, Suite 900
    Anchorage, AK 99501
    Tel:  (907) 276-1711
    Fax:  (907) 279-5358
    Email: wbankston@bgolaw.pro
    Email: cbrecht@bgolaw.pro

*Attorneys for Ernest C. Trefz, as Executor of the Estate of William Baum*

BISS & HOLMES

By      s/ Roger F. Holmes
    Roger F. Holmes, ABA #7011060
    3948 Clay Products Dr.
    Anchorage, Alaska 99517
    Tel:  907-248-8013
    Fax:  907-243-6695
    Email: roger.bh@gci.net

*Attorneys for Anthony Acri*

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)   Page 3
*Kikiktagruk Inupiat Corporation, et al. v. Walton Invesco, et al.*; Case No. 3:13-cv-00084-TMB

Case 3:13-cv-00084-TMB   Document 100   Filed 11/06/14   Page 3 of 5

LAW OFFICE OF PAUL D. STOCKLER

By <u>     s/ Paul D. Stockler              </u>
    Paul D. Stockler, ABA #8606032
    737 West 5th Ave., Suite 205
    Anchorage, AK 99501
    Tel: (907) 277-8564
    Fax: (907) 272-4877
    Email: paulstockler@gmail.com

*Attorneys for Christine Hayes*

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)    Page 4
*Kikiktagruk Inupiat Corporation, et al. v. Walton Invesco, et al.*; Case No. 3:13-cv-00084-TMB

Case 3:13-cv-00084-TMB    Document 100    Filed 11/06/14    Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **William M. Bankston**
  wbankston@bankston.to

- **Christopher M. Brecht**
  cbrecht@bgolaw.pro

- **Roger F. Holmes**
  roger.bh@gci.net

- **Angelo J. Calfo**
  angeloc@calfoharrigan.com

- **Paul D. Stockler**
  paulstockler@gmail.com

ATKINSON, CONWAY & GAGNON, INC.

By     s/ Christopher J. Slottee
Christopher J. Slottee, ABA #0211055
420 L Street, Suite 500
Anchorage, AK 99501
Tel: (907) 276-1700
Fax: (907) 272-2082
E-mail: cjs@acglaw.com

*Attorneys for Walton Invesco, Inc.*

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)      Page 5
*Kikiktagruk Inupiat Corporation, et al. v. Walton Invesco, et al.*; Case No. 3:13-cv-00084-TMB

Case 3:13-cv-00084-TMB   Document 100   Filed 11/06/14   Page 5 of 5