IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIKIKTAGRUK INUPIAT CORPORATION ("KIC") and KIC DEVELOPMENT ("KICD"),<br><br>Plaintiffs,<br><br>v.<br><br>WALTON INVESCO, INC., ERNEST C. TREFZ, as Executor of the Estate of Walter Baum; ANTHONY ACRI; and CHRISTINE HAYES,<br><br>Defendants. | **ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) and (c)** |
| WALTON INVESCO, INC.,<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>KIKIKTAGRUK INUPIAT CORPORATION ("KIC") and KIC DEVELOPMENT ("KICD"),<br><br>Plaintiffs/Counterclaim Defendants. | Case No. 3:13-cv-00084-TMB |

## ORDER

Pursuant to the foregoing stipulation of the Parties, it is HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. This action is DISMISSED WITH PREJUDICE and without fees or costs awarded to any party.

DATED this 7th day of November, 2014, at Anchorage, Alaska.

/s/ Timothy M. Burgess
Hon. Timothy M. Burgess
United States District Court Judge